IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRES C. HERNANDEZ,** | Case No. 2:20-cv-01006-JDP (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **RICHARD WEISS,** | |
| Defendant. | |

This matter having come before the Court on Defendant's request for extension of time to answer the remaining claims in Plaintiff's complaint and good cause appearing, the request is GRANTED.

Defendant shall file and serve his answer to Plaintiff's remaining claims on or before August 13, 2021.

IT IS SO ORDERED.

Dated:   August 2, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28