UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES C. HERNANDEZ,<br><br>    Plaintiff,<br><br>   v.<br><br>RICHARD WEISS,<br><br>    Defendant. | Case No. 2:20-cv-01006-TLN-JDP (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 30<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED<br><br>ECF No. 31<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Plaintiff has filed a motion for an extension of time, which states that he is seeking approval "to file a motion." ECF No. 30. The court has not yet issued a scheduling order setting deadlines for filing discovery and dispositive motions. Plaintiff's motion is denied as unnecessary.

Plaintiff has also filed a motion for summary judgment.[1] ECF No. 31. The two-page motion, which is not accompanied by supporting evidence, contains no arguments relating to plaintiff's claims. Instead, the motion recites the standard applicable to motions for summary

---

[1] Defendant has filed an opposition to plaintiff's motion. ECF No. 32.

judgment and concludes that plaintiff is entitled to summary judgment. *Id*. Because plaintiff's unsupported motion does not demonstrate that he is entitled to summary judgment on his claims, I recommend that it be denied. *See Soremekun v. Thrifty Payless, Inc.*, 509 F.3d 978, 984 (9th Cir. 2007) ("Where the moving party will have the burden of proof on an issue at trial, the movant must affirmatively demonstrate that no reasonable trier of fact could find other than for the moving party."); *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986) ("[A] party seeking summary judgment always bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of 'the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any,' which it believes demonstrate the absence of a genuine issue of material fact.").

Accordingly, it is hereby ORDERED that plaintiff's motion for an extension of time, ECF No. 30, is denied.

Further, it is RECOMMENDED that plaintiff's motion for summary judgment, ECF No. 31, be denied.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    December 9, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE